

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-25-00016-CV

**IN THE INTEREST OF S.F.E.J., A.M.L.E., E.S.H.F.E., A.D.C.F.E., and L.L.R.F.E., Children**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2023PA01338
Honorable Raul Perales, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE SPEARS, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the trial court's order terminating the parental rights of Mother is MODIFIED on page 3 to replace A.D.C.F.E. with L.L.R.F.E., whose date of birth is ██████████. As modified, we AFFIRM. We ORDER that no costs be assessed against appellant in relation to this appeal because appellant is presumed indigent under Texas Family Code section 107.013(e). We further ORDER the clerk of this court to redact the names and dates of birth of the children in this judgment.

SIGNED July 2, 2025.

_____
Rebeca C. Martinez, Chief Justice